UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ENGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>EDWARD B. CLOUES II, JAMES L. GARDNER, ROBERT J. HALL, THOMAS W. HOFMANN, E. BARTOW JONES, MARSHA R. PERELMAN, WILLIAM H. SHEA, JR., JOHN C. VAN RODEN, JR., ANDREW W. WARD, JONATHAN B. WELLER, PVR PARTNERS, L.P., PVR GP, LLC, REGENCY ENERGY PARTNERS LP, REGENCY GP LP and RVP LLC,<br><br>             Defendants. | Civ. Action No. 2:13-cv-07288-HB<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff William Engel and his counsel, the Law Offices Bernard M. Gross P.C. and Robbins Geller Rudman & Dowd LLP, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Dated: February 14, 2014

LAW OFFICES BERNARD M. GROSS P.C.
DEBORAH R. GROSS

_/s/ Deborah R. Gross_
DEBORAH R. GROSS

Suite 450, John Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
215/561-3000 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
SEAN T. MASSON
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Deborah R. Gross, hereby certify that on February 14, 2014, I caused a true and correct copy of the foregoing Waiver of the Service of Summons to be served via ECF / Court Electronic Filing System.

By: _____
DEBORAH R. GROSS, ESQUIRE